

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In the Interest of H.T., a Child

No. 06-23-00091-CV

Appeal from the 307th District Court of Gregg County, Texas (Tr. Ct. No. 2022-1064-DR). Memorandum Opinion delivered by Justice van Cleef, Chief Justice Stevens and Justice Rambin participating.

As stated in the Court's opinion of this date, we find that the motion of the appellants to dismiss the appeal should be granted. Therefore, we dismiss the appeal.

We further order that the appellants pay all costs incurred by reason of this appeal.

RENDERED JANUARY 24, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk